Benjamin N. Gluck – State Bar No. 203997
bgluck@birdmarella.com
Christopher J. Lee – State Bar No. 322140
clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Sang Bum Noh aka "Ed Noh," Ambiance Apparel, Inc., Apparel Line, Inc., and Related Entities

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AMBIANCE U.S.A., INC., et al.,<br>Defendants. | CASE NO. 2:20-cr-00370-AB<br>**[PROPOSED] ORDER**<br>Assigned to Hon. André Birotte Jr.<br>Courtroom 7B |

Good cause having been shown, the Court GRANTS Defendant's Request for Time to Respond to Monitor's Report.

IT IS HEREBY ORDERED that Ambiance Apparel, Inc., may have until 15 days after the required meeting between the Monitor, the Government, and Ambiance to file any response to the Monitor's Report.

DATED: ____________, 2024

Honorable André Birotte Jr.
United States District Judge

Submitted By:

Bird, Marella, Rhow, Lincenberg,
Drooks & Nessim, LLP
Benjamin N. Gluck
Christopher J. Lee

By:

Benjamin N. Gluck
Attorneys for Defendants Sang Bum Noh aka "Ed Noh," Ambiance Apparel, Inc., Apparel Line, Inc., and Related Entities