1  **BARNES & THORNBURG LLP**
   Peter Morris (SBN 126195)
2  peter.morris@btlaw.com
   2029 Century Park East, Suite 300
3  Los Angeles, CA  90067
   Telephone:  (310) 284-3880
4  Facsimile:   (310) 284-3894

5  Independent Corporate Compliance Monitor

6

7
                    **UNITED STATES DISTRICT COURT**
8
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9

10

11 | UNITED STATES OF AMERICA,

                          Plaintiff,
12
              vs.
13
   AMBIANCE U.S.A., INC.
14
      d/b/a "Ambiance Apparel,"
15
                          Defendant.
16

17

18

19

| 2:20-CR-00370-AB

(Matter Reassigned to Judge Andre Birotte Jr. on February 21, 2024)

**INDEPENDENT CORPORATE COMPLIANCE MONITOR'S APPLICATION FOR AN ORDER TO EXTEND MONITORSHIP; DECLARATION OF PETER MORRIS IN SUPPORT OF APPLICATION**

**[[PROPOSED] ORDER EXTENDING MONITORSHIP FILED CONCURRENTLY HEREWITH]**

20

21

22

23

24

25

26

27

28

---

**INDEPENDENT CORPORATE COMPLIANCE MONITOR'S APPLICATION FOR AN ORDER TO EXTEND MONITORSHIP**

I.      **INTRODUCTION**

Section 1 of Exhibit D to the Plea Agreement entered into by Ambiance U.S.A., Inc. ("Ambiance") states, ". . . [Ambiance] agrees to engage an independent corporate compliance monitor (the "Monitor") for a period not to exceed three years, unless an extension is ordered by the Court." Peter Morris was appointed as the Monitor by the Court on January 3, 2023 for the third year of the Monitorship scheduled to terminate on January 21, 2024. Based on information provided to the Monitor on February 6, 2024 by the Government, the Monitor requested an extension of the Monitorship to January 21, 2025 to give the Monitor sufficient time to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. The Court extended the Monitorship to January 21, 2025. Based on the information and recommendations contained in the Third Follow-Up Report and the responses to Ambiance's counsel's questions about that Report (all of which have been provided to the Court, Ambiance, Ambiance's counsel and the Government), the Monitor requests an extension of the Monitorship to October 9, 2025 when Ambiance's probation terminates.

**MONITORSHIP STATUS**

A.      **Appointment of the Monitor**

Peter Morris of Barnes & Thornburg LLP was appointed as the Monitor for the third year of the Monitorship on January 3, 2023 by the Court. The third year of the Monitorship was scheduled to terminate on January 21, 2024. Declaration of Peter Morris submitted herewith ("Morris Decl."), ¶ 2.

B.      **The Government's Presentation of Information on February 6, 2024**

On February 6, 2024, the Government presented information to the Monitor and Ambiance's counsel regarding the payment of customs duties on goods purchased by Ambiance from foreign vendors. Based on this information, the Monitor believed that it was necessary to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. The Monitor concluded that the Monitorship should be extended to January 21, 2025 to give the Monitor sufficient time to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. Thus, the Monitor requested that the Court extend the Monitorship to January 21, 2025. Morris Decl., ¶ 3.

### C. Exhibit D to the Plea Agreement

Exhibit D to the Plea Agreement entitled *Independent Corporate Compliance Monitor*, which is attached as Exhibit 1 to the Morris Decl., states, ". . . [Ambiance] agrees to engage an independent corporate compliance monitor (the "Monitor") for a period not to exceed three years, unless an extension is ordered by the Court."  Morris Decl., ¶ 4.

### D. The Court Extended the Monitorship to January 21, 2025

On DATE, the Court ordered that the the Monitorship be extended to January 21, 2025. The Court order is attached as Exhibit 2 to the Morris Decl.  Morris Decl., ¶ 5.

### E. The Third Follow-Up Report

On October 1, 2024, the Monitor submitted the Third Follow-Up Report to the Court, Ambiance, Ambiance's counsel and the Government.  The Third Follow-Up Report set out the Monitor's findings and recommendations.  In the Third Follow-Up Report, the Monitor stated his belief that the Monitorship should be extended based on those findings and recommendations.  Morris Decl., ¶ 6.

### F. The Government Concurs with the Monitor's Request to Extend the Monitiorship

On December 17, 2024, the Monitor informed Assistant U.S. Attorney Julie Shemitz of the Monitor's intention to request an extension of the Monitorship to October 9, 2025 when Ambiance's probation terminates..  AUSA Shemitz told the Monitor that the Government concurs with the Monitor's request for an extension of the Monitorship to October 9, 2025.  Morris Decl., ¶ 7.

### G. Request for Extension of Monitorship

On December 23, 2024, the Monitor filed this Request for Extension of the Monitorship to October 9, 2025.  Morris Decl., ¶ 8.

**INDEPENDENT CORPORATE COMPLIANCE MONITOR'S APPLICATION FOR AN ORDER TO EXTEND MONITORSHIP**

## II. CONCLUSION

For the reasons stated above, pursuant to Section 1 of Exhibit D to the Plea Agreement entered into by Ambiance, the Monitor respectfully requests that the Court order that the Monitorship be extended to October 9, 2025 when Ambiance's probation terminates.

Dated: December 23, 2024              **BARNES & THORNBURG LLP**

By: /s/ Peter Morris

Peter Morris
Independent Corporate Compliance Monitor

**DECLARATION OF PETER MORRIS**

I, Peter Morris, declare

1. I am an attorney duly licensed to practice before the United States District Court for the Central District of California, and a partner at the law firm of Barnes & Thornburg LLP.

2. I was appointed as the Independent Corporate Compliance Monitor (the "Monitor") for the third year of the Monitorship on January 3, 2023 by the Court. The third year of the Monitorship was scheduled to terminate on January 21, 2024.

3. On February 6, 2024, the Government presented information to the Monitor and Ambiance's counsel regarding the payment of customs duties on goods purchased by Ambiance from foreign vendors. Based on this information, the Monitor believed that it was necessary to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. The Monitor concluded that the Monitorship should be extended to January 21, 2025 to give the Monitor sufficient time to conduct additional analysis of the payment of customs duties on goods purchased by Ambiance from foreign vendors. Thus, the Monitor requested that the Court extend the Monitorship to January 21, 2025.

4. Exhibit D to the Plea Agreement entitled *Independent Corporate Compliance Monitor*, which is attached as **Exhibit 1**, states, ". . . [Ambiance] agrees to engage an independent corporate compliance monitor (the "Monitor") for a period not to exceed three years, unless an extension is ordered by the Court."

5. On DATE, the Court ordered that the Monitorship be extended to January 21, 2025. The Court order is attached as **Exhibit 2**.

6. On October 1, 2024, the Monitor submitted the Third Follow-Up Report to the Court, Ambiance, Ambiance's counsel and the Government. The Third Follow-Up Report set out the Monitor's findings and recommendations. In the Third Follow-Up Report, the Monitor stated his belief that the Monitorship should be extended to based on those findings and recommendations.

7. On December 17, 2024, I informed Assistant U.S. Attorney Julie Shemitz of the Monitor's intention to request an extension of the Monitorship to October 23, 2025. AUSA Shemitz told me that

the Government concurs with the Monitor's request for an extension of the Monitorship to October 23, 2025.

8.  On December 17, 2024, the Monitor filed this Request for Extension of the Monitorship to October 23, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of December 2024, at Los Angeles, California.

_____
Peter Morris