# EXHIBIT 2

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00370-AB |
| Plaintiff, | (Matter Reassigned to Judge Andre Birotte Jr. on February 21, 2024) |
| vs. | |
| AMBIANCE U.S.A., INC. | **ORDER EXTENDING MONITORSHIP** |
| d/b/a "Ambiance Apparel," | |
| Defendant. | |

Upon considering the Independent Corporate Compliance Monitor's Application To Extend Monitorship, and for good cause shown, the Court hereby extends the Monitorship to January 21, 2025.

Dated: February 22, 2024

_____
United States District Court Judge
Andre Birotte Jr.

---

1
**[PROPOSED] ORDER EXTENDING MONITORSHIP**