1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10   UNITED STATES OF AMERICA, | 2:20-CR-00370-AB |
| 11                    Plaintiff, | (Matter Reassigned to Judge Andre Birotte Jr. on February 21, 2024) |
| 12          vs. | |
| 13   AMBIANCE U.S.A., INC. | **[PROPOSED] ORDER EXTENDING MONITORSHIP** |
| 14      d/b/a "Ambiance Apparel," | |
| 15                    Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1    Upon considering the Independent Corporate Compliance Monitor's Application To Extend

2    Monitorship, and for good cause shown, the Court hereby extends the Monitorship to October 9, 2025.

3

4    Dated: _____    _____

5                                      United States District Court Judge
                                       Andre Birotte Jr.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER EXTENDING MONITORSHIP**