**BARNES & THORNBURG LLP**
Peter Morris (SBN 126195)
peter.morris@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Independent Corporate Compliance Monitor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AMBIANCE U.S.A., INC.<br><br>   d/b/a "Ambiance Apparel,"<br><br>                    Defendant. | 2:20-CR-00370-AB<br><br>(Matter Reassigned to Judge Andre Birotte Jr. on February 21, 2024)<br><br>**CERTIFICATE OF SERVICE** |

1  I am employed in the County of Los Angeles. My business address is Barnes & Thornburg
2  LLP, 2029 Century Park East, Suite 300, Los Angeles, California 90067.  I am over the age of 18 and
3  not a party to the foregoing action.

4  On December 23, 2024, I served on the interested parties in said action the within:

INDEPENDENT CORPORATE COMPLIANCE MONITOR'S APPLICATION FOR AN ORDER TO EXTEND MONITORSHIP; DECLARATION OF PETER MORRIS IN SUPPORT OF APPLICATION

[[PROPOSED] ORDER EXTENDING MONITORSHIP FILED CONCURRENTLY HEREWITH]

With the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system;

I hereby certify that I served the parties listed below in the following manner:

☒  (VIA ELECTRONIC MAIL) By electronically mailing a true and correct copy through Barnes & Thornburg, LLP's electronic mail system to the e-mail address(es) as stated on the attached service list.

☒  (FEDERAL) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 23, 2024, at Los Angeles, California.

_Alma Martinez_

(Type of print name)                              (Signature)

**CERTIFICATE OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| The Honorable Andre Birotte Jr.<br><br>U.S. District Court, Central District of California c/o<br><br>Courtroom Deputy Clerk Daniel Tamayo | AB_chambers@cacd.uscourts.gov |
| Julie Shemitz  Assistant U.S. Attorney | Julie.Shemitz@usdoj.gov |
| Benjamin Gluck, Esq. | bgluck@birdmarella.com |
| Christopher Lee, Esq. | clee@birdmarella.com |

**CERTIFICATE OF SERVICE**