1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-CR-00370-AB |
| --- | --- |
| Plaintiff, | (Matter Reassigned to Judge Andre Birotte Jr. on February 21, 2024) |
| vs. | ~~[PROPOSED]~~ ORDER EXTENDING MONITORSHIP |
| AMBIANCE U.S.A., INC. | |
| d/b/a "Ambiance Apparel," | |
| Defendant. | |

**[PROPOSED] ORDER EXTENDING MONITORSHIP**

Upon considering the Independent Corporate Compliance Monitor's Application To Extend Monitorship, and for good cause shown, the Court hereby extends the Monitorship to October 9, 2025.

Dated:  December 30, 2024

_____
United States District Court Judge
Andre Birotte Jr.